# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 1:20-cr-01440-KWR |
| v. | ) | |
| | ) | |
| **MITCHEAL JONES**, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING**
**UNITED STATES' SECOND UNOPPOSED MOTION FOR EXTENTION OF TIME**
**TO RESPOND TO DEFENDANT'S *FRANKS* MOTION**

**THIS MATTER** came before the Court on the second unopposed motion (Doc. 41) of the United States for extension of time to respond to Defendant's Motion to Suppress, Or in the Alternative, For an Evidentiary Hearing Pursuant to *Franks v. Delaware*, filed on June 8, 2021 (Doc. 37) ("*Franks* Motion"). The Court, being otherwise fully advised in the premises, FINDS that the ends of justice are served by the granting of the continuance sought and that the additional time outweighs the best interest of the public and the defendants in a speedy trial. The Court therefore FINDS that the motion is **WELL TAKEN** and will be **GRANTED.**

**IT IS THEREFORE ORDERED** that the United States is granted an extension to **July 12, 2021**, to file its response to Defendant's *Franks* Motion (Doc. 37).

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**